# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY BUGNI, | Case No. 1:25-cv-00244-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 11) |
| Defendants. | |

Plaintiff Cory Bugni filed this action on February 26, 2025 challenging the Commissioner of Social Security's final decision denying his application for Social Security Benefits. The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 7, 8, 9.) On April 29, 2025, a stipulation for voluntary remand was filed in this action. (ECF No. 11.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 11);

2. All pending dates and matters are VACATED; and

/ / /

/ / /

3.    Judgment is ENTERED in favor of Plaintiff Cory Bugni and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  **April 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2